960 A.2d 389

FRED BURNETT, PLAINTIFF–PETITIONER, v. COUNTY
OF BERGEN AND BERGEN COUNTY CLERK'S
OFFICE, DEFENDANTS–RESPONDENTS.

October 28, 2008.

Granted.